UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
 )
        Plaintiff, )
 )
v. ) 2:10-CR-289-KJD (RJJ)
 )
CURTIS BRILEY, )
 )
        Defendant. )

## ORDER OF FORFEITURE

This Court found February on 8, 2012, that CURTIS BRILEY shall pay a criminal forfeiture money judgment of $100,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). (Order of Forfeiture, ECF No. 78).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CURTIS BRILEY a criminal forfeiture money judgment in the amount of $100,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 25th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE